# EXHIBIT A



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 32035383**
**Date Processed: 08/12/2025**

| | |
|---|---|
| **Primary Contact:** | State Farm Enterprise SOP<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |

| | |
|---|---|
| **Entity:** | State Farm Fire and Casualty Company<br>Entity ID Number  3461650 |
| **Entity Served:** | State Farm Fire And Casualty Company |
| **Title of Action:** | Kolby Kahley vs. State Farm Fire And Casualty Company |
| **Matter Name/ID:** | Kolby Kahley vs. State Farm Fire And Casualty Company (17739076) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Dorchester County Court of Common Pleas, SC |
| **Case/Reference No:** | 2025-CP-18-01591 |
| **Jurisdiction Served:** | South Carolina |
| **Date Served on CSC:** | 08/12/2025 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Woolsey Morcom<br>843-410-20246 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



# South Carolina
# Department of Insurance

Capitol Center
1201 Main Street, Suite 1000
Columbia, South Carolina 29201

**HENRY MCMASTER**
Governor

**MICHAEL WISE**
Director

Mailing Address:
P.O. Box 100105, Columbia, S.C. 29202-3105

August 8, 2025

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
STATE FARM FIRE AND CASUALTY CO
c/o Corporation Service Company
508 Meeting Street
West Columbia, SC 29169

Dear Sir:

On August 8, 2025, I accepted service of the attached Summons, Complaint, Interrogatories, Request for Production and Exhibits on your behalf. I am, hereby, forwarding that accepted process on to you pursuant to the provisions of S.C. Code Ann. § 38-5-70. By forwarding accepted process on to you, I am meeting a ministerial duty imposed upon me by S.C Code Ann. § 15-9-270. I am not a party to this case. The State of South Carolina Department of Insurance is not a party to this case. It is important for you to realize that service was effected upon your insurer on my date of acceptance for service.

**You must promptly acknowledge in writing your receipt of this accepted process to ccrooks@doi.sc.gov.** When replying, please refer to File Number 205350, <u>Kolby Kahley , *et al.* v. State Farm Fire and Casualty Company</u>, 2025-CP-18-01591.

By:

Anthony Ibarra
Associate General Counsel
(803)737-6039

Sincerely Yours,

Michael Wise
Director
State of South Carolina
Department of Insurance

Attachment

CC:     Stephanie L. Mascella Esq.
Woolsey Morcom Attorneys At Law
203 Fort Wade Road, Suite 260
Ponte Vedra, FL        32081

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591



| IN THE STATE OF SOUTH CAROLINA<br>COUNTY OF DORCHESTER | ) | IN THE COURT OF COMMON PLEAS<br>FOR THE FIRST JUDICIAL CIRCUIT<br>CASE NO.: 2025-CP-18-01591 |
|---|---|---|
| KOLBY KAHLEY AND MELISSA<br>KAHLEY | ) | |
| Plaintiffs, | ) | **SUMMONS** |
| vs. | ) | **(Jury Trial Demanded)** |
| STATE FARM FIRE AND CASUALTY<br>COMPANY | ) | |
| Defendant. | ) | |

**YOU ARE HEREBY SUMMONED** and required to serve upon the attorneys at the address below an Answer to the attached Complaint within thirty (30) days of the date of service hereof. If you fail to do so, judgment by default will be entered against you for the relief demanded in the Complaint.

Respectfully submitted,

**WOOLSEY MORCOM**

s/ *Stephanie L. Mascella*
Stephanie L. Mascella
South Carolina Bar No. 102546
203 Fort Wade Road, Suite 260
Ponte Vedra, FL 32081
Ph: (843) 410-20246
Fax (904) 638-9302
smascella@woolseymorcom.com

Attorneys for Plaintiffs

Myrtle Beach, South Carolina
July 16, 2025

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

| | |
|---|---|
| IN THE STATE OF SOUTH CAROLINA<br>COUNTY OF DORCHESTER<br><br>KOLBY KAHLEY AND MELISSA<br>KAHLEY<br><br>    Plaintiffs,<br><br>  vs.<br><br>STATE FARM FIRE AND CASUALTY<br>COMPANY<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | IN THE COURT OF COMMON PLEAS<br>FOR THE FIRST JUDICIAL CIRCUIT<br>CASE NO.: 2025-CP-18-01591<br><br><br>**COMPLAINT**<br>**(Breach of Contract)**<br>**(Bad Faith Refusal to Pay Insurance**<br>**Claim)**<br><br>**(Jury Trial Demanded)** |

    **COME NOW** Plaintiffs Kolby and Melissa Kahley ("Plaintiffs"), by and through

counsel, and file this Complaint for breach of contract and bad faith refusal to pay insurance claim

against Defendant State Farm Fire and Casualty Company ("Defendant"). In support of this

Complaint, Plaintiffs allege the following:

## PARTIES, JURISDICTION, AND VENUE

    1.  Plaintiffs, Kolby and Melissa Kahley, are citizens and residents of

Dorchester County, South Carolina.

    2.  At all relevant times, Plaintiffs were the owners of the property located at

100 Middleburg Square, Summerville, South Carolina 29485 ("Property").

    3.  Plaintiffs are informed and believe Defendant is a corporation organized

and existing under the laws of a state other than South Carolina and does business in the State of

South Carolina, County of Dorchester, through its agents, servants, and/or employees.

    4.  The matters and events giving rise to the claims set forth in this Complaint

occurred in the County of Dorchester, State of South Carolina.

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

5.     This Court has jurisdiction over the parties and the subject matter herein, and venue is proper in Dorchester County.

**FOR A FIRST CAUSE OF ACTION**
**(Breach of Contract)**

6.     Plaintiffs re-allege and reincorporate the preceding paragraphs as if fully set forth herein verbatim.

7.     That, at all times hereinafter mentioned, Defendant, through its agents, servants and/or employees sold Plaintiffs a property insurance policy ("Policy") effective October 17, 2023, through October 17, 2024, and designated as policy number 40-B5-V519-9 providing certain property insurance coverage on Plaintiffs' property.

8.     That, at all times hereinafter mentioned, Plaintiffs have paid all insurance premiums when due to Defendant.

9.     That, by virtue of the Policy, Defendant agreed to cover loss to the property as a result of a hailstorm.

10.     That on or about June 10, 2024, the Property, which was insured by Defendant, sustained substantial damage as a result of a hailstorm.

11.     That Plaintiffs' Property was so severely damaged that it incurred storm, wind, hail, and rain damages.

12.     That, at all times hereinafter mentioned, Defendant, through its agents, servants and employees sold Plaintiffs its property insurance policy number 40-B5-V519-9 in Summerville, South Carolina and said Defendants were doing business in Dorchester County, South Carolina and owned contractual property rights in said County and State.

13.     That, at all times hereinafter mentioned, Defendant, through its agents, servants and employees investigated, evaluated and adjusted Plaintiffs' claim for losses due to the

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

wind and hailstorm on June 10, 2024, and were doing business in Summerville, South Carolina and owned contractual property rights in said County and State by virtue of said claim.

14.    That, at all times hereinafter mentioned, Plaintiffs and Defendant were unable to agree on the value of the property damage and pursuant to the provisions of the Policy Plaintiffs and Defendant each selected their own appraiser to estimate the value of the damage to the Property.

15.    That the actual loss in regard to Plaintiffs' claim was established at $37,835.41 Dollars. *See* Report dated December 14, 2024, attached as Exhibit A.

16.    That on or about July 11, 2025, Plaintiffs filed a Sworn Proof of Loss with Defendant in the amount of $37,835.41 Dollars. *See* Sworn Proof of Loss, attached as Exhibit B.

17.    That by virtue of the Policy provisions, Defendant has breached its insurance contract and is indebted to Plaintiffs in the sum of $37,835.41 Dollars.

18.    That Plaintiffs have also incurred consequential damages as a result of Defendant's refusal to pay the claim of Plaintiffs.

19.    That Defendant has acted in bad faith or in an unreasonable manner and Plaintiffs are informed and believe they are entitled to recover reasonable attorney fees and costs pursuant to South Carolina Code § 38-59-40.

20.    That Plaintiffs are informed and believe that they are entitled to judgment against Defendant in the sum of $37,835.41 Dollars and certain consequential damages as actual damages and reasonable attorney fees together with costs for the First Cause of Action.

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

## FOR A SECOND CAUSE OF ACTION
### (Bad Faith Refusal to Pay Insurance Claim)

21.     Plaintiffs re-allege and reincorporate the preceding paragraphs as if fully set forth herein verbatim.

22.     That Plaintiffs are informed and believe that Defendant owed Plaintiffs a duty of good faith and fair dealing and implicitly covenanted to refrain from doing anything to impair Plaintiffs' rights to receive benefits under the Policy.

23.     That Defendant, through its agents, servants and/or employees, knowing that Plaintiffs' claim is wholly valid and should be paid, have wrongfully and in breach of the implied covenant of good faith and fair dealing, withheld and denied the benefits due to Plaintiffs. In denying their claim for benefits, Defendant has acted wrongfully, unreasonably and in bad faith in the following respects, among others:

  a. Defendant has failed and refused to make an adequate investigation before withholding benefits under the insurance policy;

  b. Defendant refused and continues to refuse to give reasonable interpretations to the provisions of the insurance policy, or any reasonable application of such provisions to Plaintiffs' claim and has acted to protect its own financial interest therein at the expense of Plaintiffs' rights;

  c. Defendant has failed to provide Plaintiffs with any reasonable or justifiable basis for denying or underpaying Plaintiffs' claim in relation the Policy, facts, or applicable law; and

  d. Defendant's refusal to pay the benefits due to Plaintiffs has forced Plaintiffs to engage legal counsel to initiate litigation in an effort to recover the benefits due.

24.     That, as a direct and proximate result of Defendant's conduct, the Plaintiffs have sustained substantial compensable losses including, but not limited to, withheld benefits, certain consequential damages, attorney fees and costs.

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

25.    That Defendant's actions were willful, wanton and/or in reckless disregard for Plaintiffs' rights and Plaintiffs are informed and believe they are entitled to punitive damages against Defendant.

26.    That Plaintiffs are informed and believe they are entitled to judgment against Defendant in the sum of $37,835.41 Dollars of withheld benefits, certain consequential damages, attorney fees and costs and punitive damages as the jury may determine.

**WHEREFORE,** the Plaintiffs pray for judgment against the Defendant for an amount to be ascertained by the jury at the trial of this action, for all damages, punitive and actual, for the cost and disbursements of this action, post judgment interest, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

**WOOLSEY MORCOM**

*/s/ Stephanie L. Mascella*
Stephanie L. Mascella
South Carolina Bar No.: 102546
203 Fort Wade Road, Suite 260
Ponte Vedra, FL 32081
Ph: (843) 410-20246
Fax: (904) 638-9302
smascella@woolseymorcom.com

Attorneys for Plaintiffs

Myrtle Beach, South Carolina
July 16, 2025

# Exhibit A

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

| | |
|---|---|
| Insured: | Kolby & Melissa Kahley |
| Property: | 100 Middleburg Sq.<br>Summerville , SC 29485 |

| | | | |
|---|---|---|---|
| Estimator: | Thomas Gannon | Business: | (352) 345-7997 |
| Position: | Estimator | E-mail: | tgannonlsc@gmail.com |
| Business: | 138 E. Fort Dade Ave. | | |
| | Brooksville, FL 34601 | | |

**Claim Number:** 4069C941W      **Policy Number:** 40B5V5199      **Type of Loss:** hail and wind damage

| | | | |
|---|---|---|---|
| Date Contacted: | 12/2/2024 12:00 AM | | |
| Date of Loss: | 6/10/2024 12:00 AM | Date Received: | 11/6/2024 12:00 AM |
| Date Inspected: | 12/14/2024 10:00 AM | Date Entered: | 12/14/2024 10:00 AM |

| | |
|---|---|
| Price List: | SCCH8X_DEC24<br>Restoration/Service/Remodel |
| Estimate: | 2024-12-04-1114 |

LSC Construction Consultants, LLC . performed a visual site inspection of the **Kahley Property on 12/14/24. Mr. Kahley was present at the time of the inspection.** The purpose of this project was to visually inspect the structure, photograph & document the condition of the structure and/or sampling. LSC Construction Consultants, LLC . appreciates the opportunity to be of service to you on this project. This report is not intended to cover hidden conditions and/or defects unless specifically identified herein. LSC Construction Consultants, LLC .reserves the right to supplement the information/opinions contained within this report as necessary due to changes in the site conditions and/or the availability of new/additional information. The opinions and statements contained herein are based upon the site conditions at the time of our inspection.

**Additional sources and reports reviewed and used to produce our estimate for repairs:**

 Provided documents and photos

**This estimate utilizes and abides to the following documentation:**
- Manufacturer Installation Instructions
- Local Building and Zoning Code
- Additional documentation will be provided upon request. Please contact me with any questions you may have regarding this



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

**2024-12-04-1114**

**Dwelling Roof**



**Main**

| | |
|---|---|
| 2288.96 Surface Area | 22.89 Number of Squares |
| 279.37 Total Perimeter Length | 58.50 Total Ridge Length |
| 7.67 Total Hip Length | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ***Roof Covering:*** | | | | | | | |
| 1. Remove Laminated - comp. shingle rfg. - w/out felt | 22.89 SQ | 66.85 | 0.00 | 306.04 | 1,836.24 | (0.00) | 1,836.24 |
| 2. Laminated - comp. shingle rfg. - w/out felt | 25.33 SQ | 244.77 | 221.60 | 1,284.32 | 7,705.94 | (1,055.25) | 6,650.69 |
| 3. Remove Additional charge for high roof (2 stories or greater) | 11.45 SQ | 6.62 | 0.00 | 15.16 | 90.96 | (0.00) | 90.96 |
| 4. Additional charge for high roof (2 stories or greater) | 11.45 SQ | 19.57 | 0.00 | 44.82 | 268.90 | (0.00) | 268.90 |
| 5. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 22.89 SQ | 17.51 | 0.00 | 80.16 | 480.96 | (0.00) | 480.96 |
| 6. Additional charge for steep roof - 7/12 to 9/12 slope | 22.89 SQ | 44.30 | 0.00 | 202.80 | 1,216.83 | (0.00) | 1,216.83 |
| 7. Roofing felt - 30 lb. | 22.89 SQ | 41.89 | 26.82 | 197.14 | 1,182.82 | (191.59) | 991.23 |
| 8. Ridge cap - composition shingles* | 66.17 LF | 4.41 | 6.35 | 59.64 | 357.80 | (36.26) | 321.54 |
| 9. Asphalt starter - universal starter course | 279.37 LF | 1.92 | 10.56 | 109.40 | 656.35 | (75.43) | 580.92 |
| 10. Apply roofing sealant/cement - per LF | 279.37 LF | 0.73 | 6.06 | 42.00 | 252.00 | (34.64) | 217.36 |
| ***Flashing & Vents:*** | | | | | | | |
| 11. R&R Drip edge | 279.37 LF | 3.22 | 23.86 | 184.68 | 1,108.12 | (97.38) | 1,010.74 |
| 12. R&R Valley metal | 0.00 LF | 6.80 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| 13. R&R Flashing - pipe jack | 2.00 EA | 58.23 | 2.49 | 23.78 | 142.73 | (10.15) | 132.58 |
| 14. R&R Continuous ridge vent - shingle-over style | 54.50 LF | 10.84 | 17.21 | 121.60 | 729.60 | (70.23) | 659.37 |
| 15. R&R Chimney flashing - average (32" x 36") | 1.00 EA | 446.33 | 7.97 | 90.86 | 545.16 | (32.55) | 512.61 |
| 16. R&R Flashing - L flashing - galvanized | 77.56 LF | 5.83 | 13.90 | 93.22 | 559.29 | (56.73) | 502.56 |
| 17. Roofer - per hour | 8.00 HR | 124.73 | 0.00 | 199.56 | 1,197.40 | (0.00) | 1,197.40 |
| ***Manipulation of building envelope as needed to replace flashing.*** | | | | | | | |
| ***Law & Ordinance:*** | | | | | | | |
| 18. Roofing felt - 30 lb. | 22.89 SQ | 41.89 | 26.82 | 197.14 | 1,182.82 | (0.00) | 1,182.82 |
| | | | | | | | |
| **Totals: Main** | | | **363.64** | **3,252.32** | **19,513.92** | **1,660.21** | **17,853.71** |
| | | | | | | | |
| **Total: Dwelling Roof** | | | **363.64** | **3,252.32** | **19,513.92** | **1,660.21** | **17,853.71** |



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

### Temporary Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 19. Temporary Repairs (Paid Bill) | 1.00 EA | 550.00 | 0.00 | 0.00 | 550.00 | (0.00) | 550.00 |
| *Per provided tarp invoice from Hometown Roofing, original.* | | | | | | | |
| 20. Temporary Repairs (Paid Bill) | 1.00 EA | 550.00 | 0.00 | 0.00 | 550.00 | (0.00) | 550.00 |
| *Per provided tarp invoice from Hometown Roofing, Dated: 1/10/2025. Removed for inspection.* | | | | | | | |
| **Totals: Temporary Repairs** | | | **0.00** | **0.00** | **1,100.00** | **0.00** | **1,100.00** |

### Exterior

#### Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 21. Soffit, Fascia, & Gutter (Bid Item) | 1.00 EA | 1,862.00 | 0.00 | 0.00 | 1,862.00 | (0.00) | 1,862.00 |
| *Per provided like and kind estimate for gutter run and downspout replacement from Leaf Filter, Dated: 6/21/2024* | | | | | | | |
| 22. R&R Wrap custom fascia with aluminum (PER LF) | 10.00 LF | 20.25 | 2.58 | 41.02 | 246.10 | (30.91) | 215.19 |
| **Totals: Front Elevation** | | | **2.58** | **41.02** | **2,108.10** | **30.91** | **2,077.19** |

#### Right Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 23. Heat, Vent, & Air Conditioning (Bid Item) | 1.00 EA | 180.10 | 0.00 | 36.02 | 216.12 | (0.00) | 216.12 |
| *Per cost provided from online source NorthStock, Bosch System: Side Panel (Part #8733954654) and added estimated shipping and tax.* | | | | | | | |
| 24. HVAC Technician - per hour | 4.00 HR | 125.58 | 0.00 | 100.46 | 602.78 | (0.00) | 602.78 |
| *Service call for tech to install.* | | | | | | | |
| 25. Comb and straighten a/c condenser fins - w/out trip charge | 1.00 EA | 94.21 | 0.00 | 18.84 | 113.05 | (0.00) | 113.05 |
| *Comb additional condenser.* | | | | | | | |
| **Totals: Right Elevation** | | | **0.00** | **155.32** | **931.95** | **0.00** | **931.95** |

#### Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 26. Soffit, Fascia, & Gutter (Bid Item) | 1.00 EA | 1,862.00 | 0.00 | 0.00 | 1,862.00 | (0.00) | 1,862.00 |

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

**CONTINUED - Rear Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| *Per provided like and kind estimate for gutter run and downspout replacement from Leaf Filter, Dated: 6/21/2024 note this was used in the front elevation for damage and using the same cost for the same approximate footage on this elevation with damage.* | | | | | | | |
| **Totals: Rear Elevation** | | | **0.00** | **0.00** | **1,862.00** | **0.00** | **1,862.00** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 27. R&R Wrap custom fascia with aluminum (PER LF) | 18.08 LF | 20.25 | 4.66 | 74.16 | 444.94 | (55.89) | 389.05 |
| 28. R&R Shutters - wood - louvered or paneled | 1.00 EA | 301.19 | 14.16 | 63.08 | 378.43 | (202.29) | 176.14 |
| 29. Seal & paint window shutters - per set | 1.00 EA | 48.64 | 0.47 | 9.82 | 58.93 | (4.50) | 54.43 |
| 30. Exterior light fixture | 1.00 EA | 108.27 | 2.94 | 22.24 | 133.45 | (21.00) | 112.45 |
| 31. Electrical (Paid Bill) | 1.00 EA | 586.00 | 0.00 | 0.00 | 586.00 | (0.00) | 586.00 |
| *Per Mister Sparky Invoice for repairs to electrical box.* | | | | | | | |
| 32. Light bulb - Incand. standard bulb - 2000 hr - mat. only | 1.00 EA | 1.90 | 0.13 | 0.40 | 2.43 | (1.90) | 0.53 |
| 33. Doors (Paid Bill) | 1.00 EA | 3,467.78 | 0.00 | 0.00 | 3,467.78 | (0.00) | 3,467.78 |
| *Per provided paid invoices from Precision Garage Door Service, Estimate # 645421044, Dated: 9/20/2024* | | | | | | | |
| 34. R&R Wrap wood garage door frame & trim with aluminum (PER LF) | 32.00 LF | 17.68 | 8.24 | 114.78 | 688.78 | (98.92) | 589.86 |
| **Totals: Left Elevation** | | | **30.60** | **284.48** | **5,760.74** | **384.50** | **5,376.24** |
| **Total: Exterior** | | | **33.18** | **480.82** | **10,662.79** | **415.41** | **10,247.38** |

### Other Sturctures

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 35. Stain - wood fence/gate | 48.00 SF | 1.30 | 1.04 | 12.68 | 76.12 | (9.92) | 66.20 |
| 36. R&R Wood gate 5'- 6' high - cedar or equal | 4.00 LF | 68.37 | 10.36 | 56.78 | 340.62 | (123.37) | 217.25 |
| 37. R&R Rural mailbox - High grade | 1.00 EA | 127.68 | 6.49 | 26.84 | 161.01 | (46.36) | 114.65 |
| **Totals: Other Sturctures** | | | **17.89** | **96.30** | **577.75** | **179.65** | **398.10** |

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

### Tree Removal

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 38.  General Demolition (Paid Bill) | 1.00 EA | 2,729.50 | 0.00 | 0.00 | 2,729.50 | (0.00) | 2,729.50 |

*Per provided invoice for tree removal from WackEm and StackEm Tree Services, LLC. Invoice # 1093, Dated: 6/12/2024 and proof of payment Dated: 6/12/2024*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals:  Tree Removal** | | | **0.00** | **0.00** | **2,729.50** | **0.00** | **2,729.50** |

### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 39.  Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 450.00 | 0.00 | 90.00 | 540.00 | (0.00) | 540.00 |
| 40.  Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 480.00 | 0.00 | 96.00 | 576.00 | (0.00) | 576.00 |
| *Debris other than roofing.* | | | | | | | |
| 41.  Residential Supervision / Project Management - per hour | 16.00 HR | 73.54 | 0.00 | 235.32 | 1,411.96 | (0.00) | 1,411.96 |
| 42.  Temporary toilet (per month) | 1.00 MO | 145.00 | 0.00 | 29.00 | 174.00 | (0.00) | 174.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals:  General Conditions** | | | **0.00** | **450.32** | **2,701.96** | **0.00** | **2,701.96** |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 43.  Painting labor minimum | 1.00 EA | 232.84 | 0.00 | 46.56 | 279.40 | (0.00) | 279.40 |
| 44.  Fencing labor minimum | 1.00 EA | 44.47 | 0.00 | 8.90 | 53.37 | (0.00) | 53.37 |
| 45.  Specialty items labor minimum | 1.00 EA | 180.60 | 0.00 | 36.12 | 216.72 | (0.00) | 216.72 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals:  Labor Minimums Applied** | | | **0.00** | **91.58** | **549.49** | **0.00** | **549.49** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Line Item Totals:  2024-12-04-1114** | | | **414.71** | **4,371.34** | **37,835.41** | **2,255.27** | **35,580.14** |



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

## Grand Total Areas:

| | | | |
|---|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls and Ceiling |
| 0.00 SF Floor | 0.00 SY Flooring | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 0.00 LF Ceil. Perimeter |

0.00 Floor Area                0.00 Total Area                0.00 Interior Wall Area
1,207.40 Exterior Wall Area        0.00 Exterior Perimeter of
                                        Walls

2,288.96 Surface Area        22.89 Number of Squares        279.37 Total Perimeter Length
58.50 Total Ridge Length        7.67 Total Hip Length

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 35,525.35 | 93.89% | 33,449.73 | 94.01% |
| Other Structures | 1,127.24 | 2.98% | 947.59 | 2.66% |
| Ordinance & Law | 1,182.82 | 3.13% | 1,182.82 | 3.32% |
| Total | 37,835.41 | 100.00% | 35,580.14 | 100.00% |

2024-12-04-1114                                2/23/2025        Page: 6

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 31,169.03 |
| Material Sales Tax | 370.00 |
| Subtotal | 31,539.03 |
| Overhead | 1,993.16 |
| Profit | 1,993.16 |
| **Replacement Cost Value** | **$35,525.35** |
| Less Depreciation | (2,075.62) |
| **Actual Cash Value** | **$33,449.73** |
| **Net Claim** | **$33,449.73** |
| Total Recoverable Depreciation | 2,075.62 |
| **Net Claim if Depreciation is Recovered** | **$35,525.35** |

Thomas Gannon
Estimator

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

## Summary for Other Structures

| | |
|---|---|
| Line Item Total | 921.47 |
| Material Sales Tax | 17.89 |
| Subtotal | 939.36 |
| Overhead | 93.94 |
| Profit | 93.94 |
| **Replacement Cost Value** | **$1,127.24** |
| Less Depreciation | (179.65) |
| **Actual Cash Value** | **$947.59** |
| **Net Claim** | **$947.59** |
| Total Recoverable Depreciation | 179.65 |
| **Net Claim if Depreciation is Recovered** | **$1,127.24** |

Thomas Gannon
Estimator

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

 **LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

## Summary for Ordinance & Law

| | |
|---|---|
| Line Item Total | 958.86 |
| Material Sales Tax | 26.82 |
| Subtotal | 985.68 |
| Overhead | 98.57 |
| Profit | 98.57 |
| **Replacement Cost Value** | **$1,182.82** |
| **Net Claim** | **$1,182.82** |

Thomas Gannon
Estimator

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

2024-12-04-1114                                    2/23/2025          Page: 9

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

1   Dwelling Roof /Main - 1-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



2   Dwelling Roof /Main - 2-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

3   Dwelling Roof /Main - 3-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



4   Dwelling Roof /Main - 4-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

5    Dwelling Roof /Main - 5-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



6    Dwelling Roof /Main - 6-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801691

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

7   Dwelling Roof /Main - 7-Lower
    Roof Front Slope
    Date Taken: 12/14/2024
    Taken By: Thomas Gannon



8   Dwelling Roof /Main - 8-Lower
    Roof Front Slope
    Date Taken: 12/14/2024
    Taken By: Thomas Gannon



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

9   Dwelling Roof /Main - 9-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



10   Dwelling Roof /Main - 10-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

11  Dwelling Roof /Main - 11-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



12  Dwelling Roof /Main - 12-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

13    Dwelling Roof /Main - 13-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



14    Dwelling Roof /Main - 14-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

15   Dwelling Roof /Main - 15-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



16   Dwelling Roof /Main - 16-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

17   Dwelling Roof /Main - 17-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



18   Dwelling Roof /Main - 18-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

19  Dwelling Roof /Main - 19-Lower
    Roof Front Slope
    Date Taken: 12/14/2024
    Taken By: Thomas Gannon



20  Dwelling Roof /Main - 20-Lower
    Roof Front Slope
    Date Taken: 12/14/2024
    Taken By: Thomas Gannon



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

21   Dwelling Roof /Main - 21-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



22   Dwelling Roof /Main - 22-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

23   Dwelling Roof /Main - 23-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



24   Dwelling Roof /Main - 24-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

25  Dwelling Roof /Main - 25-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



26  Dwelling Roof /Main - 26-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

27  Dwelling Roof /Main - 27-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



28  Dwelling Roof /Main - 28-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

29  Dwelling Roof /Main - 29-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



30  Dwelling Roof /Main - 30-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

31    Dwelling Roof /Main - 31-Lower
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



32    Dwelling Roof /Main - 32-Lower
Roof Rear Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

33    Dwelling Roof /Main - 33-Lower
Roof Rear Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



34    Dwelling Roof /Main - 34-Lower
Roof Rear Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

35   Dwelling Roof /Main - 35-Lower
     Roof Rear Slope
     Date Taken: 12/14/2024
     Taken By: Thomas Gannon



36   Dwelling Roof /Main - 36-Lower
     Roof Rear Slope
     Date Taken: 12/14/2024
     Taken By: Thomas Gannon



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

37  Dwelling Roof /Main - 37-Lower
Roof Rear Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



38  Dwelling Roof /Main - 38-Lower
Roof Rear Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

39  Dwelling Roof /Main - 39-Lower
Roof Rear Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



40  Dwelling Roof /Main - 40-Lower
Roof Rear Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

41    Dwelling Roof /Main - 41-Lower
Roof Rear Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



42    Dwelling Roof /Main - 42-Lower
Roof Rear Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

43   Dwelling Roof /Main - 43-Lower
Roof Rear Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



44   Dwelling Roof /Main - 44-Lower
Roof Rear Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

45    Dwelling Roof /Main - 45-Lower
Roof Rear Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



46    Dwelling Roof /Main - 46-Lower
Roof Rear Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

47  Dwelling Roof /Main - 47-Upper
Roof Rear Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



48  Dwelling Roof /Main - 48-Upper
Roof Rear Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

49  Dwelling Roof /Main - 49-Upper
Roof Rear Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



50  Dwelling Roof /Main - 50-Upper
Roof Rear Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

51  Dwelling Roof /Main - 51-Upper
Roof Rear Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



52  Dwelling Roof /Main - 52-Upper
Roof Rear Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

53  Dwelling Roof /Main - 53-Upper
    Roof Front Slope
    Date Taken: 12/14/2024
    Taken By: Thomas Gannon



54  Dwelling Roof /Main - 54-Upper
    Roof Front Slope
    Date Taken: 12/14/2024
    Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

55   Dwelling Roof /Main - 55-Upper
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



56   Dwelling Roof /Main - 56-Upper
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

57 Dwelling Roof /Main - 57-Upper
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



58 Dwelling Roof /Main - 58-Upper
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

59  Dwelling Roof /Main - 59-Upper
Roof Front Slope
Date Taken: 12/14/2024
Taken By: Thomas Gannon



60  Exterior/Front Elevation - 60-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

61    Exterior/Front Elevation - 61-.
      Date Taken: 12/14/2024
      Taken By: Thomas Gannon



62    Exterior/Front Elevation - 62-.
      Date Taken: 12/14/2024
      Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

63  Exterior/Front Elevation - 63-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



64  Exterior/Front Elevation - 64-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

65  Exterior/Front Elevation - 65-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



66  Exterior/Front Elevation - 66-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



## LSC Construction Consultants, LLC

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

67    Exterior/Front Elevation - 67-.
      Date Taken: 12/14/2024
      Taken By: Thomas Gannon



68    Exterior/Front Elevation - 68-.
      Date Taken: 12/14/2024
      Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

69    Exterior/Front Elevation - 69-.
      Date Taken: 12/14/2024
      Taken By: Thomas Gannon



70    Exterior/Front Elevation - 70-.
      Date Taken: 12/14/2024
      Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

71    Exterior/Front Elevation - 71-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



72    Exterior/Front Elevation - 72-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon





**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

73    Exterior/Front Elevation - 73-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



74    Exterior/Front Elevation - 74-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

75    Exterior/Front Elevation - 75-.
      Date Taken: 12/14/2024
      Taken By: Thomas Gannon



76    Exterior/Right Elevation - 76-.
      Date Taken: 12/14/2024
      Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

77    Exterior/Right Elevation - 77-.
      Date Taken: 12/14/2024
      Taken By: Thomas Gannon



78    Exterior/Right Elevation - 78-.
      Date Taken: 12/14/2024
      Taken By: Thomas Gannon



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

79  Exterior/Right Elevation - 79-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



80  Exterior/Right Elevation - 80-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

81  Exterior/Right Elevation - 81-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



82  Exterior/Right Elevation - 82-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

83  Exterior/Right Elevation - 83-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



84  Exterior/Right Elevation - 84-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

85  Exterior/Right Elevation - 85-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



86  Exterior/Right Elevation - 86-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

87    Exterior/Rear Elevation - 87-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



88    Exterior/Rear Elevation - 88-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

89   Exterior/Rear Elevation - 89-.
     Date Taken: 12/14/2024
     Taken By: Thomas Gannon



90   Exterior/Rear Elevation - 90-.
     Date Taken: 12/14/2024
     Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

91    Exterior/Rear Elevation - 91-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



92    Exterior/Rear Elevation - 92-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

93   Exterior/Rear Elevation - 93-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



94   Exterior/Rear Elevation - 94-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

95  Exterior/Rear Elevation - 95-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



96  Exterior/Left Elevation - 96-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

97   Exterior/Left Elevation - 97-.
     Date Taken: 12/14/2024
     Taken By: Thomas Gannon



98   Exterior/Left Elevation - 98-.
     Date Taken: 12/14/2024
     Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

99  Exterior/Left Elevation - 99-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



100  Exterior/Left Elevation - 100-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

101  Exterior/Left Elevation - 101-.
   Date Taken: 12/14/2024
   Taken By: Thomas Gannon



102  Exterior/Left Elevation - 102-.
   Date Taken: 12/14/2024
   Taken By: Thomas Gannon



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

103  Exterior/Left Elevation - 103-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



104  Exterior/Left Elevation - 104-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

105  Exterior/Left Elevation - 105-.
     Date Taken: 12/14/2024
     Taken By: Thomas Gannon



106  Exterior/Left Elevation - 106-.
     Date Taken: 12/14/2024
     Taken By: Thomas Gannon



**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

107  Exterior/Left Elevation - 107-.
  Date Taken: 12/14/2024
  Taken By: Thomas Gannon



108  Exterior/Left Elevation - 108-.
  Date Taken: 12/14/2024
  Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

109  Exterior/Left Elevation - 109-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



110  Exterior/Left Elevation - 110-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801691

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

111  Exterior/Left Elevation - 111-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



112  Exterior/Left Elevation - 112-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

113  Other Sturctures - 113-.
　　　Date Taken: 12/14/2024
　　　Taken By: Thomas Gannon



114  Other Sturctures - 114-.
　　　Date Taken: 12/14/2024
　　　Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

115  Other Sturctures - 115-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



116  Other Sturctures - 116-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

**LSC Construction Consultants, LLC**

138 E. Fort Dade Ave.
Brooksville, Fl 34601
352-848-3942
CBC1264414

117  Other Sturctures - 117-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



118  Other Sturctures - 118-.
Date Taken: 12/14/2024
Taken By: Thomas Gannon



ELECTRONICALLY FILED - 2025 Jul 16 3:08 PM - DORCHESTER - COMMON PLEAS - CASE#2025CP1801591

Dwelling Roof



F3(A)

F1(A)

Main

Roof1 (1)

F2(B)

F4(B)

Bay Roof1 (2)

F5    F7

24' 6"

32' 9"

28' 3"

57' 6"

13' 2"

5' 6"

2024-12-04-1114

2/23/2025    Page: 69

**Exhibit B**

 **StateFarm®**          # Sworn Statement in Proof of Loss

Policy Number: 40B5V5199          Effective Date: October 17, 2023          Expiration Date: October 17, 2024

Type of
Policy:

|  | Property Insured:<br>100 Middleburg Sq.<br>Summerville, SC<br>29485 |  | Claim<br>Number: | 4069C941W |
|---|---|---|---|---|
| To: ☒ **State Farm Fire and Casualty Company** | | Amount: $ 657,255.00 | | |

☐ **State Farm County Mutual Insurance Company of Texas**     ☐ **State Farm Lloyds**     ☐ **State Farm Florida**

By the above policy of insurance, you insure:

Kolby and Melissa Kahley (hereinafter called Insured).
Name of Insured

A   hail  and  wind (peril) loss occurred  June 10, 2024 (Date) about the hour of  .

Which loss upon best knowledge and belief of insured was caused by _____ wind  and  hail (origin).

The interest of the insured in the described property was ____  owners _____

Others having interest in the described property at the time of loss either as mortgagee, lienholder, or otherwise were

___ Navy Federal Credit Union its successors and/or assigns PO Box 100598 Florence, SC 29502 . Since the above policy was issued,

_____ there has been no change

in title, use, or possession of said property except

THE ACTUAL CASH VALUE of the described property at time of loss was $(_____) Building $(_____     $_____
_____) Contents

THE REPLACEMENT COST of the described property at time of loss was $(_____) Building $(_____     $_____
_____) Contents

THE TOTAL INSURANCE covering the described property including this policy and all other policies
(whether valid or not), binders, or agreement to insure was at time of said loss . . . . . . . . . . . . . . . . . . . . . .     $  657,255

THE ACTUAL LOSS AND DAMAGE to the described property as a result of said loss
was Building:$35,525.25   Contents: $_____   Other: $2,310.06___   $_____     $  37,835.41

LESS AMOUNT OF DEDUCTIBLE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     $_____

INSURED HEREBY CLAIMS OF THIS COMPANY (*) UNDER THIS POLICY THE SUM OF . . . . . . .     $ 37,835.41
*Subject to Supplemental Claim, if applicable, to be filed in accordance with the terms and conditions of the
Replacement Cost Coverage under the above described policy.

THE FULL COST OF REPAIR OR REPLACEMENT is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     $ 37,835.41

MAXIMUM AMOUNT OF SUPPLEMENT is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     $_____

MAXIMUM AMOUNT OF SUPPLEMENTAL CLAIM under the
Replacement Cost Coverage of the above described policy is $(_____) Building $(_____) Contents.     $_____

---

In consideration of the payment to be made hereunder for any property other than real property on an actual cash value or replacement cost basis, the insured does hereby assign to said insurer all right, title and interest in and to said property for which claim is being made hereunder, and agrees to immediately notify said insurer in case of any recovery of the property for which claim is being made hereunder, and will render all assistance possible in any endeavor to recover said property. Insured also agrees to turn over to said insurer, any such recovery which may be made, or reimburse said insurer in full to the extent of the payment which may be recovered.

The said loss was not caused by design or procurement on the part of the insured or this affiant; nothing has been done by or with the privity or consent of insured or this affiant, to violate the conditions of the policy, or render it void, no articles are mentioned herein or in annexed schedules but such as were interested in the loss and insured under this policy, and belonged to the insured at the time of said loss, no property saved has been in any manner concealed, and no attempt to deceive the said insurer as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished on call, and considered a part of this proof. All loss verification, as required by the insurance policy, is annexed hereto.

It is expressly understood and agreed that the furnishings of this blank to the insured or the assistance of an adjuster, or any agent of the insurer in the making of this proof, is not a waiver of any rights of said insurer or of any of the conditions of this policy.

WITNESS _____ hand at Summerville _____ Signature _____ 11 Jul 2025 Date

this 11 day of July 2025 _____ Signature _____ 11 Jul 2025 Date

State of South Carolina county of Dorchester

Personally appeared before me, the day and date above written Melissa Kahtey and Kolby Kahtey signer of the foregoing statements, who being by me duly sworn, made solemn oath that the matters contained in the foregoing statements are true in substance and in fact.

_____ (SEAL)     My commission expires: 10/23/2029
Notary Public

KATELYN SIMPSON
Notary Public - State of South Carolina
My Commission Expires October 23, 2029

STATE OF SOUTH CAROLINA
**DEPARTMENT OF INSURANCE**
P.O. BOX 100105
COLUMBIA, S.C. 29202-3105

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 2537 6471 20

**CERTIFIED MAIL**



Quadient

PRIORITY MAIL
IMI
**$019.75 ℓ**
08/11/2025   ZIP 29170
043M32209679

US POSTAGE

## RETURN RECEIPT REQUESTED

## SERVICE OF PROCESS

STATE FARM FIRE AND CASUALTY CO
c/o Corporation Service Company
508 Meeting Street
West Columbia, SC 29169